

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2020

No. 04-20-00146-CV

**THE MOST REVEREND WM. MICHAEL MULVEY, S.T.L., D.D. BISHOP OF CORPUS CHRISTI**
Appellant, Cross-Appellee,

v.

**BAY, LTD.**
Appellee, Cross-Appellant,

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-09-51494-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellant/Cross-Appellee's reply brief is currently due on October 8, 2020. *See* TEX. R. APP. P. 38.6(b). Cross-Appellant's reply brief is due on October 28, 2020. *See* TEX. R. APP. P. 38.6(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court